IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JESSICA SMITH AND ROBERT SMITH                              PLAINTIFFS

v.                                          CAUSE NO. 1:16cv308-LG-RHW

TODD WADE MORRISON; ALLIED
GOVERNMENTAL SERVICES, LLC f/k/a
U.S. Logo Works, LLC; UNITED STATES OF
AMERICA, DEPARTMENT OF THE ARMY
a/k/a United States Army Reserve;
and JOHN AND/OR JANE DOES 1-10                             DEFENDANTS

ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST
UNITED STATES OF AMERICA, DEPARTMENT OF
THE ARMY A/K/A UNITED STATES ARMY RESERVE

**BEFORE THE COURT** is the Joint Motion to Dismiss [7] filed by the plaintiffs, Jessica Smith and Robert Smith, and the defendant, United States of America, Department of the Army a/k/a United States Army Reserve.  The parties move to dismiss with prejudice the plaintiffs' claims against the United States of America, Department of the Army a/k/a United States Army Reserve, with each party to bear its own respective attorney's fees, expenses, and costs.  The Court finds the motion to be well-taken.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Joint Motion to Dismiss [7] is **GRANTED** and that the plaintiffs' claims action against the United States of America, Department of the Army a/k/a United States Army Reserve are **DISMISSED WITH PREJUDICE**, with each party to bear its own respective attorney's fees, expenses, and costs.

**SO ORDERED AND ADJUDGED** this the 22nd day of September, 2016.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge